In the United States District Court
for the Eastern District of Pennsylvania

Kevino W Graham Pro-se       Civil Action

V

Government Accountability
Office. (GAO).

Civil Action & 1331

Plaintiff Kevino W Graham Pro-se Brings this Civil action against the (GOA) Government Accountability office. for Incentivizing mass incarcerate of Black men. By Allowing District courts to Alter the Language of An Act of Congress. 18USC 1591 sex Trafficking of children OR by force, fraud, OR Coercion. In order To Broaden the statutes Application. Causing Congress to issue funds for Combatting Sex trafficking of children under false Pretences

(A). In The past 10 years there Has Been An uptick in 1591 sex trafficking Convictions. And 90% Persent of those Convictions Have Been of Black men. In "Every" case where A Black man Has Gone to trial for A 1591 violation The Statutory Language Has Been Altered.

(1)

(B). By moving The "commerce element" for the Begining of the Statute In Subsection 1591(a)(1). (where Congress placed it). To now its moved to the End as the Last Element. In "Every". Jury instruction.

(C). This widespread Alteration of §1591's Statutory Language. In which every Circuit & Prosector knows to do this is clearly part of an Agenda. To mass incarcerate Black men This increase in §1591 convictions Like never before. Is why The (GAO) exist To make sure that this Rise In Convictions are Lawfull. Since funds Are Given out to combatt Sex trafficking of children.

(D). The (GAO) is Congress's investigative Arm Created to check upon the Appliation of public funds in Accordance with Appropriations. Independant of the Executive department. 31 USC 702(a).

(E). However failing to inform Congress that The funds Given out Are not Aiding in Combatting Sex trafficking of children. And that the data and conviction Are Really based on District Court Judges and Prosectors Altering the Statutory The (Government Accountability Office) (GAO). Is Incentivizing the Alteration of §1591's Statutory Language. thats Resulting in mass incarcerating

(2)

of Black men Therefore The General Accountability office is Incentivizing the mass incarceration of Black men.

Plaintiff Kevino Graham Request 1,000,000 one million for the General Accountability office's Roll in Incentivizing mass incarceration of "Black men".

<u>1331</u>

whether The court/Government is Permitted to move the "Commerce element" from subsection (a)(1) to the end of the statute?

7/2/2022

Kevino Graham

**NAME:** Kevin Graham
**NUMBER:** 71796-066

United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

U.S.M.S. X-RAY

District Court
601 Market St
Philadelphia, PA

RECEIVED 19 JUL 01 2022

INDIANAPOLIS IN 463
03 JUL 2022 PM 5 L

